Fifth Court of Appeal at Dallas
George L. Allen Sr. Court building
600 Commerce Street, Suite 200
Dallas, Texas 75202

RECEIVED
Court of Appeals

DEC 2 9 2014

Lisa Matz
Clerk, 5th District

December 23, 2014

Re Court of Appeals Number 05-14-01278

Style: Brown v Nationstar Mortgage, LLC et al

To Whom It May Concern

Dear Sir or Madame

Please find the Affidavit of Frederick Brown which was request on my trip to the Court.

If I can be of any other assistance please let me know by following your request to the address below:

Frederick Brown
2441 Goldfinch Ln
Garland, Texas 75042
Tel 214-227-5367

Sincerely

Frederick Brown

CASE NO. DC-10-03045-D

| | | |
|---|---|---|
| FREDERICK BROWN | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff/Appellant | § | |
| | § | |
| V | § | DALLAS COUNTY TEXAS |
| | § | |
| NATIONSTAR MORTGAGE LLC et al. | § | |
| | § | |
| Defendants/Appellee , | § | |
| | § | 95TH JUDICIAL DISTRICT |
| DALLAS | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| DALLAS COUNTY | § |

## AFFIDAVIT OF FREDERICK BROWN

On this day, Frederick Brown, appeared before me, the undersigned notary public. After I

administered an oath to him, upon his oath he said.

1. "My name is Frederick Brown; I am capable of making this affidavit. The facts state in this affidavit is within my personal knowledge and is true and correct.

2. On September 11, 2014, the trial court signed a judgment in favor of Nationstar Mortgage LLC et al.

3. Appellant attached to this Affidavit the amount of money in his bank accounts for the month of November. The cost of the clerk's record is $681.00.

4. The estimated cost of the reporter's record is unalivable at this time..

5. I am unable to pay any of the cost of the appeal

*Plaintiff Affidavit Inability to Pay Cost on the Appeal*        *Page*   1

6. My only income is from Social Security in the amount of $764.00 a month.

7. I do not have a spouse.

8. I do not own any real property but I have a 14 year old car.

9. I have $4.82 in cash and the same on deposit. The bank account attached with balances.

10. I have no other assets.

11. My monthly expenses are: Rent      $600.00

         Food      $ 75.00

         Cell Phone      $ 60.00

Total expenses

         $ 735.00

SUBSCRIBED AND SWORN TO BEFORE ME on the _____21_____ day of November, 2014, +to certify which witness may hand and official seal.

[Seal}

DAVID NEWMAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 04-12-2015

NOTARY PUBLIC · STATE OF TEXAS

Notary Public, State of Texas

Printed Name: _David Newman_

My Commission expires: 04-12-2015

# GARY FITZSIMMONS

**DALLAS COUNTY DISTRICT CLERK**

600 Commerce Street, Suite 101

Dallas, Texas 75202-4604

IN ACCOUNT WITH

DATE: November 18, 2014

Law Office of
*Frederick Brown Pro Se*
*2441 Goldfinch Ln.*
*Garland, Texas 75042*

INTERNAL REVENUE SERVICE
IDENTIFICATION NO.: 75-6000905

Case No. **DC-10-03045-D**

**FREDERICK BROWN**    **VS.**    **NATIONSTAR MORTGAGE LLC ETAL**

| | |
|---|---|
| Clerk's Record Fee-656 pages | $656.00 |
| Transcript Fee- | $25.00 |
| Attorney Copy Fee- N/A | $00.00 |
| Total Fee- | $681.00 |

Clerk's Record will be delivered to the Court of Appeals upon payment.
Thank You,
SB Pltf

Please return a copy of this statement with remittance

"Thank You" GARY FITZSIMMONS

## Account Details for Per Ck 313 - XXXXX5313

| | |
|---|---|
| Available Balance | $3.29 |
| As Of Date | 11/19/2014 |
| Current Balance | $3.29 |
| Collected Balance | $3.29 |
| Adjusted Available Balance | $3.29 |
| Last Deposit Amount | $60.00 |
| Available Funds from Other Accounts | $0.00 |
| Last Deposit Date | 11/12/2014 |
| Year-to-date interest amount | $0.00 |

## Account History for Per Ck 313 - XXXXX5313

**Posted**

| Sorted By: Post Date                                          Newest on top | Debit | Credit | Balance |
|---|---|---|---|
| AC-CAPITAL ONE ARC -CHECK PYMT CK-000000000001624<br>11/17/14 | $60.00 | | $3.29 |
| MAINTENANCE CHARGE<br>11/14/14 | $5.00 | | $63.29 |
| XFER FROM ACCT CK-000431005370<br>11/12/14 | | $60.00 | $68.29 |
| PRIORITY 5 CHECK<br>11/10/14 (Check #1623) | $270.00 | | $8.29 |
| XFER FROM ACCT CK-000431005370<br>11/7/14 | | $270.00 | $278.29 |
| PRIORITY 5 CHECK<br>11/5/14 (Check #1622) | $175.00 | | $8.29 |
| XFER FROM ACCT CK-000431005370<br>11/3/14 | | $175.00 | $183.29 |
| CKCD DEBIT 0811 10/29 07:46 A-DASH IN GROCERY GARLAND TX<br>10/31/14 | $6.47 | | $8.29 |
| CKCD DEBIT 0811 10/20 06:26 A-DASH IN GROCERY GARLAND TX<br>10/22/14 | $5.40 | | $14.76 |
| CKCD DEBIT 0811 10/09 11:44 A-DASH IN GROCERY GARLAND TX<br>10/14/14 | $2.88 | | $20.16 |
| MAINTENANCE CHARGE<br>10/10/14 | $5.00 | | $23.04 |
| PRIORITY 5 CHECK<br>10/6/14 (Check #1621) | $275.00 | | $28.04 |
| XFER FROM ACCT CK-000431005370<br>10/3/14 | | $300.00 | $303.04 |
| bank charge<br>9/22/14 | | $10.00 | $3.04 |
| FORCE PAY DEBIT<br>9/15/14 (Check #1710) | $5.00 | | -$6.96 |

| Description | | Debit | Credit | Balance |
|---|---|---|---|---|
| MAINTENANCE CHARGE<br>9/12/14 | | $5.00 | | -$1.96 |
| CKCD DEBIT 0811 09/02 06:22 A-DASH IN GROCERY GARLAND TX<br>9/4/14 | | $5.40 | | $3.04 |
| CKCD DEBIT 0811 09/03 14:00 USPS 48341100430205686 GARL TX<br>9/4/14 | | $2.31 | | $8.44 |
| PRIORITY 5 CHECK<br>8/13/14 (Check #1709) | | $20.00 | | $10.75 |
| MAINTENANCE CHARGE<br>8/8/14 | | $5.00 | | $30.75 |
| PRIORITY 5 CHECK<br>8/7/14 (Check #1708) | | $164.29 | | $35.75 |
| CKCD DEBIT 0811 08/02 10:37 CHINA STAR GARLAND TX<br>8/4/14 | | $6.50 | | $200.04 |
| CKCD DEBIT 0811 08/02 09:25 A-DASH IN GROCERY GARLAND TX<br>8/4/14 | | $4.31 | | $206.54 |
| HealthCare Reform Facts<br>8/1/14 | | | $170.00 | $210.85 |
| AC-NEW YORK LIFE -CHECKPAYMT CK-000000000001707<br>7/16/14 | | $105.16 | | $40.85 |
| MAINTENANCE CHARGE<br>7/11/14 | | $5.00 | | $146.01 |
| Insurance<br>7/11/14 | | | $105.16 | $151.01 |
| XFER FROM ACCT CK-000431005370<br>7/9/14 | | | $50.00 | $45.85 |
| Buffalo Rewards Cash Back<br>6/16/14 | | | $0.10 | -$4.15 |
| MAINTENANCE CHARGE<br>6/13/14 | | $5.00 | | -$4.25 |
| PRIORITY 5 CHECK<br>6/4/14 (Check #1704) | | $5.00 | | $0.75 |
| PRIORITY 5 CHECK<br>6/4/14 (Check #1705) | | $50.00 | | $5.75 |
| PRIORITY 5 CHECK<br>6/4/14 (Check #1706) | | $610.00 | | $55.75 |
| CKCD DEBIT 0811 06/03 21:10 RICK`S SMOKE HOUSE BBQ GARL TX<br>6/4/14 | | $11.10 | | $665.75 |
| CKCD DEBIT 0811 06/03 00:57 USPS 48341100430205686 GARL TX<br>6/4/14 | | $5.04 | | $676.85 |
| Rent<br>6/3/14 | | | $620.00 | $681.89 |
| XFER FROM ACCT CK-000431005370<br>6/3/14 | | | $50.00 | $61.89 |
| PRIORITY 5 CHECK<br>5/20/14 (Check #1702) | | $55.07 | | $11.89 |

| | | |
|---|---|---|
| XFER FROM ACCT CK-000431005370<br>5/20/14 | $20.00 | $66.96 |
| XFER FROM ACCT CK-000431005370<br>5/12/14 | $50.00 | $46.96 |
| MAINTENANCE CHARGE<br>5/9/14 | $5.00 | -$3.04 |
| PRIORITY 5 CHECK<br>4/22/14 (Check #1699) | $380.00 | $1.96 |
| CKCD DEBIT 0811 04/21 10:41 QT 908 08009086 GARLAND TX<br>4/22/14 | $2.40 | $381.96 |
| XFER FROM ACCT CK-000431005370<br>4/22/14 | $360.00 | $384.36 |
| Good Guys Cash Back<br>4/14/14 | $0.15 | $24.36 |
| MAINTENANCE CHARGE<br>4/11/14 | $5.00 | $24.21 |
| CKCD DEBIT 0811 04/07 06:14 A-DASH IN GROCERY GARLAND TX<br>4/9/14 | $5.40 | $29.21 |
| CKCD DEBIT 0811 04/07 13:35 A-DASH IN GROCERY GARLAND TX<br>4/9/14 | $3.19 | $34.61 |
| AC-VERIZON **CONTRA-BILL PAY CITY-GARL ST-TX CK-000001700<br>4/8/14 | $307.00 | $37.80 |
| telephone bill<br>4/4/14 | $310.00 | $344.80 |

*Subtotal:* $2,581.92   $2,550.41

## Account Details for Per Ck 370 - XXXXX5370

| | |
|---|---|
| Available Balance | $0.82 |
| As Of Date | 11/19/2014 |
| Current Balance | $0.82 |
| Collected Balance | $0.82 |
| Adjusted Available Balance | $0.82 |
| Last Deposit Amount | $764.00 |
| Available Funds from Other Accounts | $0.00 |
| Last Deposit Date | 11/3/2014 |
| Year-to-date interest amount | $0.00 |

## Account History for Per Ck 370 - XXXXX5370

**Posted**

| SORTED BY: POST DATE    NEWEST ON TOP | DEBIT | CREDIT | BALANCE |
|---|---|---|---|
| MAINTENANCE CHARGE<br>11/14/14 | $5.00 | | $0.82 |
| CKCD DEBIT 6793 11/10 12:50 STA INSURANCE LLC 254-77808 TX<br>11/12/14 | $73.31 | | $5.82 |
| XFER TO ACCT CK-000431005313<br>11/12/14 | $60.00 | | $79.13 |
| CKCD DEBIT 6793 11/10 12:57 PIZZA HUT 27449 GARLAND TX<br>11/12/14 | $11.91 | | $139.13 |
| CKCD DEBIT 6793 11/10 18:21 WM SUPERCENTER #2649 IRVING TX<br>11/12/14 | $8.62 | | $151.04 |
| CKCD DEBIT 6793 11/10 16:16 USPS 48341100430205686 GARL TX<br>11/12/14 | $6.73 | | $159.66 |
| CKCD DEBIT 6793 11/11 06:24 A DASH IN GROCERY GARLAND TX<br>11/12/14 | $6.47 | | $166.39 |
| CKCD DEBIT 6793 11/10 07:39 A-DASH IN GROCERY GARLAND TX<br>11/12/14 | $5.40 | | $172.86 |
| CKCD DEBIT 6793 11/07 02:38 HIS*HISCOX INC 888-202-3007 GA<br>11/10/14 | $33.33 | | $178.26 |
| CKCD DEBIT 6793 11/09 13:53 SUBWAY 00131433 GARLAND TX<br>11/10/14 | $9.74 | | $211.59 |
| CKCD DEBIT 6793 11/09 10:57 RAINBOW DONUTS GARLAND TX<br>11/10/14 | $4.76 | | $221.33 |
| CKCD DEBIT 6793 11/07 17:38 A-DASH IN GROCERY GARLAND TX<br>11/10/14 | $4.74 | | $226.09 |
| CKCD DEBIT 6793 11/07 21:33 QT 908 08009086 GARLAND TX<br>11/10/14 | $4.18 | | $230.83 |
| CKCD DEBIT 6793 11/07 15:14 A-DASH IN GROCERY GARLAND TX<br>11/10/14 | $3.12 | | $235.01 |
| XFER TO ACCT CK-000431005313<br>11/7/14 | $270.00 | | $238.13 |
| CKCD DEBIT 6793 11/05 20:15 ALBERTSONS #4260 RICHARDSON TX<br>11/6/14 | $23.42 | | $508.13 |

| | | | |
|---|---|---|---|
| CKCD DEBIT 6793 11/04 19:40 SAMSCLUB #8242 DALLAS TX<br>11/5/14 | $100.90 | | $531.55 |
| XFER TO ACCT CK-000431005313<br>11/3/14 | $175.00 | | $632.45 |
| AC-SSA TREAS 310 -XXSOC SEC<br>11/3/14 | | $764.00 | $807.45 |
| CKCD DEBIT 6793 10/29 13:23 A-DASH IN GROCERY GARLAND TX<br>10/31/14 | $3.12 | | $43.45 |
| CKCD DEBIT 6793 10/18 12:50 A-DASH IN GROCERY GARLAND TX<br>10/20/14 | $6.04 | | $46.57 |
| CKCD DEBIT 6793 10/19 10:27 QT 908 08009086 GARLAND TX<br>10/20/14 | $5.16 | | $52.61 |
| CKCD DEBIT 6793 10/15 18:39 PHO PASTEUR RICHARDSON TX<br>10/17/14 | $59.56 | | $57.77 |
| CKCD DEBIT 6793 10/09 10:25 TEXANS FOR GREG ABBOTT 512- TX<br>10/14/14 | $50.00 | | $117.33 |
| CKCD DEBIT 6793 10/09 06:12 A-DASH IN GROCERY GARLAND TX<br>10/14/14 | $6.47 | | $167.33 |
| CKCD DEBIT 6793 10/09 20:17 MCDONALD'S M7292 OF TX DALL TX<br>10/14/14 | $6.04 | | $173.80 |
| MAINTENANCE CHARGE<br>10/10/14 | $5.00 | | $179.84 |
| CKCD DEBIT 6793 10/08 06:09 A-DASH IN GROCERY GARLAND TX<br>10/10/14 | $8.74 | | $184.84 |
| CKCD DEBIT 6793 10/09 00:51 USPS 48755600830208243 RICH TX<br>10/10/14 | $3.79 | | $193.58 |
| CKCD DEBIT 6793 10/08 03:04 CVS/PHARMACY #06847 GARLAND TX<br>10/9/14 | $33.54 | | $197.37 |
| CKCD DEBIT 6793 10/07 06:11 A-DASH IN GROCERY GARLAND TX<br>10/9/14 | $5.40 | | $230.91 |
| CKCD DEBIT 6793 10/07 01:26 HIS*HISCOX INC 888-202-3007 GA<br>10/8/14 | $33.33 | | $236.31 |
| CKCD DEBIT 6793 10/07 12:03 QT 908 08009086 GARLAND TX<br>10/8/14 | $4.57 | | $269.64 |
| CKCD DEBIT 6793 10/04 01:08 SAMSCLUB #8242 DALLAS TX<br>10/6/14 | $123.25 | | $274.21 |
| CKCD DEBIT 6793 10/04 10:54 QT 908 08009086 GARLAND TX<br>10/6/14 | $34.49 | | $397.46 |
| CKCD DEBIT 6793 10/03 21:57 RICK`S SMOKE HOUSE BBQ GARL TX<br>10/6/14 | $11.10 | | $431.95 |
| CKCD DEBIT 6793 10/03 06:26 A-DASH IN GROCERY GARLAND TX<br>10/6/14 | $7.55 | | $443.05 |
| CKCD DEBIT 6793 10/04 01:19 CHINA STAR GARLAND TX<br>10/6/14 | $6.50 | | $450.60 |
| CKCD DEBIT 6793 10/04 12:20 CHICK-FIL-A # 01491 RICHARD TX | $6.27 | | $457.10 |

10/6/14

| | | | |
|---|---|---|---|
| CKCD DEBIT 6793 10/04 10:54 QT 908 08009086 GARLAND TX<br>10/6/14 | $5.16 | | $463.37 |
| CKCD DEBIT 6793 10/03 04:44 WENDY DAVIS CAMPAIGN 817-88 TX<br>10/6/14 | $5.00 | | $468.53 |
| CKCD DEBIT 6793 10/03 10:41 QT 908 08009086 GARLAND TX<br>10/6/14 | $4.57 | | $473.53 |
| XFER TO ACCT CK-000431005313<br>10/3/14 | $300.00 | | $478.10 |
| AC-SSA TREAS 310 -XXSOC SEC<br>10/3/14 | | $764.00 | $778.10 |
| CKCD DEBIT 6793 09/26 04:32 ALBERTSONS #4260 RICHARDSON TX<br>9/29/14 | $19.77 | | $14.10 |
| CKCD DEBIT 6793 09/23 08:10 RACETRAC697 00006973 GARLAN TX<br>9/25/14 | $34.40 | | $33.87 |
| bank charge<br>9/22/14 | $10.00 | | $68.27 |
| CKCD DEBIT 6793 09/12 01:16 CHINA STAR GARLAND TX<br>9/15/14 | $6.50 | | $78.27 |
| CKCD DEBIT 6793 09/13 21:04 QT 908 08009086 GARLAND TX<br>9/15/14 | $5.96 | | $84.77 |
| CKCD DEBIT 6793 09/13 07:27 A-DASH IN GROCERY GARLAND TX<br>9/15/14 | $2.58 | | $90.73 |

*Subtotal:* $1,620.49  $1,528.00

Frederick Brown
2441 Golfinch Ln
Garland, Texas 75042

Fifth Court of Appeal at Dallas
George L. Allen St. Court
Building
600 Commerce Street, Suite 200
Dallas. Texas 75042-2o2

